# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RU'SSAE JONES, Individually and as Mother of R.T, a minor )<br><br>Plaintiffs, )<br><br>vs. )<br><br>THE UNITED STATES OF AMERICA, )<br>THE UNIVERSITY OF CHICAGO MEDICAL )<br>CENTER and RANJANI ANANTH, M.D. )<br><br>)<br>)<br>)<br>Defendants. ) | Case No. 2021cv-5635<br><br>Assigned Judge: John Robert Blakey<br><br>Designated Magistrate Judge:<br>Sunil R. Harjani |

**DEFENDANTS' MOTION TO STAY APPLICATION OF 735 ILCS 5/2-1303(C)**

NOW COME Defendants, **THE UNIVERSITY OF CHICAGO MEDICAL CENTER and RANJANI ANANTH, M.D.**, by their undersigned attorneys, HALL PRANGLE & SCHOONVELD, LLC, and moves this Honorable Court for entry of an order staying the application of the amendment of 735 ILCS 5/2-1303 to this matter, as it pertains to prejudgment interest in tort actions for claims of personal injury or wrongful death. In support thereof, Defendants state as follows:

1. On May 27, 2022, the Honorable Judge Marcia Maras entered an order in *Hyland v. Advocate Health and Hospitals Corporation, et al.*, Cook County case no. 2017-L-3541, ruling the amendments to 735 ILCS 5/2-1303 as unconstitutional and invalid. *See* May 27, 2022 Order, attached hereto as Exhibit A.

2. On September 13, 2021, prior to Judge Maras' May 27, 2022 ruling, the Honorable James Flannery, Presiding Judge of the Law Division, entered an order consolidating all pending and subsequently filed motions and pleadings challenging the unconstitutionality of amendments

to 735 ILCS 5/2-1303 with the *Hyland* matter before Judge Maras. *See* September 13, 2021 Consolidation Order, attached hereto as Exhibit B.

3. Defendants herewith challenge the constitutionality of 735 ILCS 5/2-1303(c) ("the Statute") under the United States Constitution and the Illinois Constitution, as set forth in Judge Maras' May 27, 2022 Order and because the Statute:

1. constitutes "special legislation" in violation of the Illinois Constitution, Art. IV, Sec. 13;

2. violates the constitutional guarantee of equal protection under the law contained in the Fourteenth Amendment to the United States Constitution and Art. I, Sec. 2 of the Illinois Constitution;

3. violates the constitutional guarantee of due process of law contained in the Fifth and Fourteenth Amendments to the United States Constitution and Art. I, Sec. 2 of the Illinois Constitution;

4. violates defendant's inviolate right of trial by jury as heretofore enjoyed guaranteed by Art. I, Sec. 13 of the Illinois Constitution; and

5. infringes on the inherent power of the judiciary in violation of the separation of powers clause in Art. II, Sec. 1 of the Illinois Constitution.

4. The statute no longer is in effect in Cook County per Judge Maras' ruling and Judge Flannery's Consolidation Order.

5. Consequently, unless and until the ruling is reversed by a higher court, Defendants have no obligations under the Statute.

WHEREFORE, Defendants, **THE UNIVERSITY OF CHICAGO MEDICAL CENTER and RANJANI ANANTH, M.D.**, move this Honorable Court for entry of an Order staying the application of the amendments to 735 ILCS 5/2-1303; finding that Defendants have no duty or requirement for any qualifying offer to be made pursuant to the statutory language

- 3 -

contained in the amendments, which, as of May 27, 2022, have been deemed unconstitutional in Cook County; and for any such other relief as this Honorable Court deems fair and appropriate.

Dated: June 16, 2022

Respectfully submitted,

/s/ Sabina Babel_____

Marilee Clausing (mclausing@hpslaw.com)
Sabina Babel (sbabel@hpslaw.com)
HALL PRANGLE & SCHOONVELD LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
Tel: (312) 345-9600

*Counsel for Defendants The University of Chicago Medical Center and Ranjani Ananth, M.D.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rule 5.5, the undersigned, an attorney of record in this case, hereby certifies that, on June 16, 2022, a true and correct copy of **Defendants The University of Chicago Medical Center and Ranjani Ananth, M.D.'s Motion to Stay Application of 735 ILCS 5/2-1303(c)** was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: June 16, 2022                 By: /s/____Sabina Babel_____

                                                                Sabina Babel (sbabel@hpslaw.com)
                                                                HALL PRANGLE & SCHOONVELD LLC
                                                                200 South Wacker Drive, Suite 3300
                                                                Chicago, Illinois 60654
                                                                Tel: (312) 345-9600

                                                                *Counsel for Defendants The University of Chicago Medical Center and Ranjani Ananth, M.D.*